**William Lee RICHARDSON, Jr., Plaintiff–Appellant,**

and

**United States Congress; United States Senate, Plaintiffs,**

v.

**FEDERAL BUREAU OF INVESTIGATION; The State of Maryland; Brady Gun Law, Defendants–Appellees.**

No. 01–2167.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

William Lee Richardson, Jr., pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

William Lee Richardson, Jr., appeals the district court's order denying relief on his civil complaint in which he challenges the constitutionality of the Brady gun law. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and affirm on the reasoning of the district court. *Richardson v. FBI*, No. CA–01–610–2 (S.D.W.Va. Sept. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*